IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

GARY L. WHITE, JR.,

       Petitioner,

v.

                                         Case No. 5D23-816
                                         LT Case Nos. 2020-CF-5069
                                                              2020-CF-5068
                                                              2021-CF-442
                                                              2021-CF-1091
                                                               2020-CF-5067

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed March 3, 2023

Petition for Certiorari Review of Order
from the Circuit Court for Marion County,
Daniel B. Merritt, Jr., Judge.

Gary L. White, Jr., Ocala, pro se.

No Appearance for Respondent.


PER CURIAM.

      Petitioner has filed numerous petitions challenging the trial court's

holding of a *Faretta* Hearing that Petitioner refused to attend. Because it

appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from Marion County Circuit Court Case Nos. 2020-CF-5069, 2020-CF-5068, 2021-CF-442, 2021-CF-1091, and 2020-CF-5067, may result in sanctions such as a bar on pro se filings in this Court and a referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2022); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

MAKAR, JAY and SOUD, JJ., concur.